# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MARY CAROL WEST                                                          PLAINTIFF

v.                              No. 4:16CV00575 JLH

PULASKI COUNTY CLERK'S OFFICE                              DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered separately today, Mary Carol West's complaint is dismissed without prejudice.

IT IS SO ORDERED this 18th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE